LAW OFFICE OF MONICA BERMUDEZ
Monica Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)322-5295
Email: monica@lawbermudez.com

Attorney for:
MAURICE CHARLES BOXLEY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE CHARLES BOXLEY,<br><br>Defendants. | Case No. 1:16-CR-00208 DAD<br><br>STIPULATION AND ORDER TO<br>CONTINUE THE STATUS CONFERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND ROSS PEARSON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MAURICE CHARLES BOXLEY, by and through his attorney of record, MONICA L. BERMUDEZ hereby requesting that the status conference hearing currently set for Monday, April 17, 2017, be continued to Monday, May 22, 2017 at 2:00 before the Honorable Sheila Oberto.

Assistant United States Attorney, Ross Pearson, has been in contact with the AUSA's office in the Northern District of California. Mr. Pearson has been informed that Mr. Boxley may be indicted in the Northern District of California. Both Defense Counsel and the Assistant United States Attorney are awaiting confirmation as to the filing of the indictment, which will factor in on how Mr. Boxley's violation is resolved. I have spoken to AUSA Ross Pearson and he has no objection to continuing this matter. USPO Marlene DeOrian is aware of the continuance and she has no objection.

The parties also agree the delays resulting from the continuance shall be excluded in the

1

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

**IT IS SO STIPULATED.**

DATED: 4/11/17

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Maurice Charles Boxley

DATED: 4/11/17

*/s/Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney

# **ORDER**

IT IS SO ORERED that the 2nd Status Conference re Violation of Supervised Release currently set for April 17, 2017, before Magistrate Judge Barbara A. McAuliffe be continued to Monday, May 22, 2017 at 2:00 p.m. before Magistrate Judge Sheila Oberto.

IT IS SO ORDERED.

Dated: **April 13, 2017**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE