| | |
|---|---|
| 1 | LAW OFFICE OF MONICA BERMUDEZ |
| 2 | Monica Bermudez, SBN 275434 |
|   | 1670 M. Street |
| 3 | Bakersfield, CA 93301 |
|   | Tel: (661)322-5295 |
| 4 | Email: monica@lawbermudez.com |
| 5 | Attorney for: |
| 6 | MAURICE CHARLES BOXLEY |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00208 DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |
| MAURICE CHARLES BOXLEY, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND ROSS PEARSON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MAURICE CHARLES BOXLEY, by and through his attorney of record, MONICA L. BERMUDEZ hereby requesting that the status conference hearing currently set for Monday, May 22, 2017, be continued to Monday, June 12, 2017 at 2:00 before the Honorable Stanley Boone.

Assistant United States Attorney, Ross Pearson, has been in contact with the AUSA's office in the Northern District of California. Mr. Pearson has been informed that Mr. Boxley is still evaluating the case for indictment in the Northern District of California. Both Defense Counsel and the Assistant United States Attorney are awaiting confirmation as to the filing of the indictment, which will factor in on how Mr. Boxley's violation is resolved. I have spoken to AUSA Ross Pearson and he has no objection to continuing this matter.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

1 | //
2 | **IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: 5/18/17 | Respectfully Submitted,<br>*/s/ Monica L. Bermudez*<br>MONICA L. BERMUDEZ<br>Attorney for Defendant<br>Maurice Charles Boxley |
| DATED: 5/18/17 | */s/Ross Pearson*<br>ROSS PEARSON<br>Assistant U.S. Attorney |

## **ORDER**

The status conference currently set for May 22, 2017, before Magistrate Judge Sheila K. Oberto shall be continued to Monday June 12, 2017, at 2:00 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: __**May 18, 2017**__         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE